# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jason Tope, | Civil No. 09-734 (DWF/RLE) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Joan Fabian, Commissioner of Corrections; Health Services, MCF-Stillwater; Lynn Dingle; Dr. David Paulson, CMS; and Maureen Conner, MCF-Stillwater; | |
| Defendants. | |

Jason Tope, *Pro Se*, Plaintiff.

Margaret E. Jacot, Assistant Attorney General, Minnesota Attorney General's Office, counsel for Defendants Joan Fabian and Dr. David Paulson.

---

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED** that:

1. The Defendants' Motion for Summary Judgment (Doc. No. [31]) is **GRANTED**.

2. The Plaintiff's Motion to Dismiss Lynn Dingle and Maureen Connor (Doc. No. [41]) is **GRANTED**, but that the Plaintiff's Motion to Effect Service (Doc. No. [41]) is **DENIED AS MOOT**.

3. The action is **DISMISSED, WITHOUT PREJUDICE**, for failure to exhaust administrative remedies.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 19, 2010         s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge